

# Fourth Court of Appeals
## San Antonio, Texas

August 26, 2022

No. 04-22-00283-CR

**EX PARTE** Amanda Marie **MONTOYA**

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR11671
Honorable Kevin M. O'Connell, Judge Presiding

# O R D E R

Appellant's brief was due on August 22, 2022. After the due date, Appellant filed a motion for a four-day extension of time to file the brief.

Appellant's motion is granted. Appellant's brief is due on August 26, 2022. *See* TEX. R. APP. P. 38.6(d).

_Patricia O. Alvarez_
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of August, 2022.



_Michael A. Cruz_
MICHAEL A. CRUZ, Clerk of Court